IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAYMENT PROCESSING, INC., <br><br> Plaintiff, <br><br> v. <br><br> PAYPRO BUSINESS, LLC, <br><br> Defendants. | Case No.: C-13-00053 JSC <br><br> **ORDER RESCHEDULING HEARING AND BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

Now pending before the Court is Plaintiff's Motion for Preliminary Injunction. (Dkt. No. 5.) The Court hereby continues the hearing on the motion to April 18, 2013 at 9:00 a.m. Defendant's opposition shall be filed no later than March 28, 2013, and Plaintiff's reply to the opposition shall be filed no later than April 4, 2013.

IT IS SO ORDERED.

Dated: March 18, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE