IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAYMENT PROCESSING, INC., <br><br> Plaintiff, <br><br> v. <br><br> PAYPRO BUSINESS, LLC, <br><br> Defendants. | Case No.: C-13-00053 JSC <br><br> **ORDER TO SHOW CAUSE** |

Now pending before the Court is Plaintiff's Motion for Preliminary Injunction. (Dkt. No. 5.) Defendants failed to appear or file an opposition to the motion within the time allowed by Local Rule 7-3. The Court was advised by the parties that they were attempting to resolve the matter without judicial intervention. Shortly before the noticed hearing date, the parties advised the Court that this did not appear possible. The Court thus reset the briefing schedule for Plaintiff's Motion for Preliminary Injunction. (Dkt. No. 9.) The time has again run for Defendants to file an opposition under the Court's Order. Further, Defendants have not appeared although the summons was returned executed on January 11, 2013. (Dkt. No. 4.)

Although Defendants have failed to plead or otherwise defend this action Plaintiff has not sought entry of default judgment by the Clerk pursuant to Federal Rule of Civil Procedure

1  55.  The Court hereby orders Plaintiff, by April 9, 2013, to show cause in writing as to why
2  the Court should consider Plaintiff's Motion where Defendant has not appeared and the Clerk
3  has not entered Defendants' default.   In other words, should the Court proceed through a
4  default judgment.
5       IT IS SO ORDERED.

Dated: April 1, 2013

                                                                                  _____
                                                                                 JACQUELINE SCOTT CORLEY
                                                                                 UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California